[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 27, 2010
JOHN LEY
CLERK

No. 10-10888
Non-Argument Calendar

_____

D.C. Docket No. 6:09-cr-00167-GAP-DAB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JENNY KAY SHADID,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(July 27, 2010)

Before BLACK, CARNES and ANDERSON, Circuit Judges.

PER CURIAM:

James W. Smith III, appointed counsel for Jenny Kay Shadid in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Shadid's convictions and sentences are **AFFIRMED**.